United States District Court
Southern District of Texas
FILED

OCT 18 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZIMCO MARINE, INC. | § | |
| | § | CIVIL ACTION NO. B-01-177 |
| vs. | § | |
| | § | In Admiralty Pursuant to |
| O/S H.W.JR. | § | Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § | Rules of Civil Procedure |

## PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**ZIMCO MARINE, INC.** complains herein of the **O/S H.W.JR.**, Official Number **513134**, *in rem*:

1. Plaintiff is a Texas corporation which operates marine shipyards and supply stores in Port Isabel and in the Brownsville Navigation District located within the Brownsville Division of the United States District Court for the Southern District of Texas.

2. The O/S H.W.JR., Official Number 513134, is a shrimp trawling vessel currently at the dock of Valley Ice & Fuel, Inc. located within the Shrimp Basin of the Brownsville Navigation District and within the territorial jurisdiction of this Court. The O/S H.W.JR. is owned by Wolfe Trawlers, Inc., which may be served at 3704 Salida del Sol, Brownsville, Texas 78521 by delivery of summons and complaint to its president, Henry Wolfe III.

3. This is a case involving admiralty and maritime jurisdiction within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. This Court has subject matter jurisdiction under 46 U.S.C. § 31342 and 28 U.S.C. § 1333. The Defendant vessel is now and will continue to be within this district and within the jurisdiction of this Court.

4. On or about June 1, 2001, Plaintiff and Wolfe Trawlers, Inc. entered into a course of business dealings whereby Plaintiff supplied necessities consisting of parts, material and labor to the O/S H.W.JR. on the credit of both the ship and its owner. During this course of business dealings, Plaintiff furnished to the O/S H.W.JR. parts, material and labor of a value in excess of Four Thousand Eight Hundred Eighteen and 13/100ths ($4,818.13) Dollars. Wolfe Trawlers, Inc. agreed, in writing, to pay interest on the unpaid balance of Twelve (12%) Percent per annum. At present, the unpaid balance due Plaintiff is Four Thousand Eight Hundred Eighteen and 13/100ths ($4,818.13) Dollars, and accrued interest at the contractual rate to the date of September 30, 2001 is Twenty-seven and 33/100ths ($27.33) Dollars. Interest continues to accrue at the rate of One and 58/100ths ($1.58) Dollars per diem.

5. Plaintiff has made demand for the sums due from the O/S H.W.JR. on numerous occasions, but the account has not been paid.

6. Plaintiff has found it necessary to retain the firm of Fleming & Hernandez, P.C. to collect this debt and should recover its reasonable attorney's fees incurred.

Plaintiff prays that process issue against the O/S H.W.JR. and that all persons claiming any interest in the vessel be cited to appear and answer in this case. Plaintiff further prays that the liens described herein be declared preferred maritime liens in favor of Plaintiff in the amount of Four Thousand Eight Hundred Forty-five and 46/100ths ($4,845.46) Dollars plus interest on the unpaid balance at Twelve (12%) Percent per annum from and after September 30, 2001. Plaintiff prays that the preferred maritime liens described herein be declared superior to the interests, liens, mortgages or claims of all persons, firms or corporations. Plaintiff further prays it have judgment against the O/S H.W.JR. in the amount of Four Thousand Eight Hundred Forty-five and 46/100ths ($4,845.46) Dollars plus all accrued interest on the unpaid

balance at Twelve (12%) Percent per annum, costs of court, post-judgment interest and all other amounts as mentioned above.

Plaintiff prays this Court prescribe the manner in which notice of this suit shall be given as required in the Ship Mortgage Act of 1920, as amended. Plaintiff prays the O/S H.W.JR. be condemned and sold by the United States Marshal and that the proceeds from the sale be paid over to Plaintiff to be applied to its judgment and lien. Plaintiff further prays for such other and further relief to which it may be justly entitled.

DATED this _18_ day of October, 2001.

                        Respectfully submitted,

                        FLEMING & HERNANDEZ, P.C.
                        1650 Paredes Line Road, Suite 102
                        Brownsville, Texas 78521-1602
                        Telephone: (956) 982-4404
                        Telecopier: (956) 982-0943

By: _/s/ Tom Fleming_
    Tom Fleming
    State Bar of Texas No. 07133000
    Federal I.D. No. 1188

**ATTORNEYS FOR PLAINTIFF,
ZIMCO MARINE, INC.**

| THE STATE OF TEXAS | § | |
|---|---|---|
| | § | **VERIFICATION** |
| COUNTY OF CAMERON | § | |

Harley Londrie, being duly sworn, deposes and says:

1. That he is the _Vice President_ of Zimco Marine, Inc., Plaintiff in the above numbered and styled cause;

2. That he is fully qualified and authorized to make this verification;

3. That he has read the foregoing **PLAINTIFF'S COMPLAINT** and knows the contents thereof and that the same is true and correct of his own personal knowledge.

_____
Harley Londrie

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, by the said Harley Londrie, on the 18th day of October, 2001, to certify which WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE.

BARBARA WARNKE
MY COMMISSION EXPIRES
May 2, 2005

_____
Notary Public, State of Texas.

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

United States District Court
Southern District of Texas
FILED

OCT 18 2001

Michael N. Milby
Clerk of Court

ZIMCO MARINE, INC.

V.

O/S H.W.JR.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-01-177

TO: (Name and Address of Defendant)

HENRY WOLFE III, PRESIDENT
WOLFE TRAWLERS, INC.
3704 SALIDA DEL SOL
BROWNSVILLE, TEXAS 78521

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

TOM FLEMING
FLEMING & HERNANDEZ, P.C.
1650 PAREDES LINE ROAD
SUITE 102
BROWNSVILLE, TEXAS 78521-1602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

DATE October 18, 2001

BY DEPUTY CLERK