00-177
CAB- 3

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? <br> HAND DELIVERY | Date <br> January 2, 2001 |
| NAME OF SERVER (PRINT) <br> Javier Hernandez | Title <br> Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. 4893 Paseo del Rey, Brownsville, Tx.

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED
JAN 10 2001
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  01-02-01
Date

Signature of Server

204 W. Ferguson Suite #108 Pharr, Tx, 78577
Address of Server