United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| ZIMCO MARINE, INC. | § |
| | § CIVIL ACTION NO. B-01-177 |
| vs. | § |
| | § In Admiralty Pursuant to |
| O/S H.W.JR. | § Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § Rules of Civil Procedure |

### ORDER APPOINTING SUBSTITUTE CUSTODIAN

It appearing to the Court that conservation of the value of the **O/S H.W.JR.** will be achieved by appointment of **Marine Railway, Inc.** as caretaker of the said **O/S H.W.JR.** while it remains under seizure, *in rem*, by the United States Marshal; and Plaintiff having certified that upon appointment of **Marine Railway, Inc.** as keeper that the United States Marshal be held harmless for any loss, damage, injury or other damage that might occur to said vessel while under the care of **Marine Railway, Inc.**

IT IS HEREBY ORDERED that the United States Marshal be relieved of the responsibility of providing caretaker services for the **O/S H.W.JR.** while under seizure, *in rem*, in the above numbered and styled action and that **Marine Railway, Inc.** be and it is hereby appointed caretaker and keeper of said vessel for the duration of its seizure, effective date hereof; and

IT IS FURTHER ORDERED that Plaintiff in the above numbered and styled cause hold harmless the United States Marshal against any loss, damage, injury or other casualty that might occur to the said **O/S H.W.JR.** while under the care of **Marine Railway, Inc.** for the duration of its seizure herein.

IT IS FURTHER ORDERED that any and all expenses of safekeeping said vessel while under seizure be allowed as court costs.

DONE this 19th day of October, 2001.

Hilda Tagle
UNITED STATES DISTRICT JUDGE