IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZIMCO MARINE, INC. | § |
| | § CIVIL ACTION NO. B-01-177 |
| vs. | § |
| | § In Admiralty Pursuant to |
| O/S H.W.JR. | § Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § Rules of Civil Procedure |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **ZIMCO MARINE, INC.**, Plaintiff herein, and files this Notice of Settlement.

The Parties herein have settled all controversy in the above styled and numbered cause by the execution of a written settlement agreement dated October 29, 2001.

The Parties pray entry of an order of dismissal with prejudice.

DATED: October 30, 2001.

Respectfully submitted,

FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

ATTORNEYS FOR PLAINTIFF,
ZIMCO MARINE, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served <u>October 30, 2001</u> in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR DEFENDANT:**
**Dennis Sanchez**
**SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.**
**100 North Expressway 83**
**Brownsville, Texas 78521-2257**
<u>(Facsimile 956-546-3765</u>
<u>and Certified United States Mail, R.R.R., #7000 0520 0022 1411 8104)</u>

_(signature)_
Tom Fleming