**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ZIMCO MARINE, INC. | B-01-177 |
| DEFENDANT | TYPE OF PROCESS |
| O/S H.W.JR. and its appurtenances, in rem | RELEASE FROM SEIZURE |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

HENRY WOLFE III, PRESIDENT OF WOLFE TRAWLERS, INC., OWNER OF O/S H.W.JR.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 3704 SALIDA DEL SOL, BROWNSVILLE, TEXAS 78521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

TOM FLEMING
FLEMING & HERNANDEZ, P.C.
1650 PAREDES LINE ROAD, SUITE 102
BROWNSVILLE, TEXAS 78521-1602

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

United States District Court
Southern District of Texas

NOV 0 1 2001

Michael N. Milby
Clerk of Court

01 OCT 29 PM
BROWNSVILLE, TX

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
(Tom Fleming)
TELEPHONE NUMBER: (956) 982-4404
DATE: 10/29/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 10/29/01 | 4:00 p.m. | pm |

Signature of U.S. Marshal or Deputy
H. Rosales, DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $XXX | $45.00 | -0- | $45.00 | | | |

REMARKS:

O/S H.W. Jr. released from custody upon request by plaintiff, ZIMCO MARINE, INC."

as represented by attorney Tom Fleming of Fleming & Hernandez-Attornies at Law.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|