10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **Zimco Marine,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION B-01-177 |
| § | |
| **O/S H.W.jR.** § | |
| **and its appurtenances,** *in rem* § | |
| § | |
| Defendant. § | |

### Final Order of Dismissal

BE IT REMEMBERED that on November 5, 2001, the Court considered the Parties' Stipulation of Dismissal.

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 5th day of November, 2001.

Hilda G. Tagle
United States District Judge